Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
HOA LAWYERS GROUP, LLC
9500 W. Flamingo, Suite 204
Las Vegas, Nevada  89147
Phone: (702) 222-4033
Fax:    (702) 222-4043
steve@nrs116.com
*Attorney for Defendant*
*Canyon Crest Master Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GUILD MORTGAGE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRESTWICK COURT TRUST; type of entity unknown; CANYON CREST MASTER ASSOCIATION, a not for profit corporation; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendant.<br><br>AND RELATED CROSS-CLAIMS | Case No.: 2:15-cv-00258-GMN-VCF |

### NOTICE OF CHANGE OF COUNSEL OF RECORD FOR DEFENDANT CANYON CREST MASTER ASSOCIATION

Defendant, CANYON CREST MASTER ASSOCIATION, by and through its counsel of record, HOA LAWYERS GROUP, LLC, hereby notifies the Court and Parties in this action that attorney Rock K. Jung, Esq. (State Bar No. 10906) is not associated with HOA LAWYERS GROUP, LLC and is no longer involved with the representation of CANYON CREST MASTER ASSOCIATION in this matter.

As indicated in the caption above, Steven T. Loizzi, Jr., Esq. (State Bar No. 10920) is now the handling attorney and should be listed as lead attorney of record and attorney to be noticed for the Defendant in this action.

DATED this __22nd__ day of March, 2017.

                                            HOA LAWYERS GROUP, LLC

                                            /s/ *Steven T. Loizzi, Jr., Esq.*
                                            Steven T. Loizzi, Jr., Esq.
                                            Nevada Bar No. 10920
                                            9500 W. Flamingo Road, Suite 204
                                            Las Vegas, NV 89147
                                            Tel: (702) 222-4033
                                            Fax: (702) 222-4043
                                            steve@nrs116.com
                                            *Attorney for Defendant*
                                            *Canyon Crest Master Association*

IT IS SO ORDERED

[signature]

UNITED STATES MAGISTRATE JUDGE
DATED: 3-23-2017

**CERTIFICATE OF SERVICE**

I hereby certify that on the <u>  22nd  </u> day of March, 2017, I caused service of a true and correct copy of the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

| | |
|---|---|
| Thomas Beckom, Esq.<br>McCarthy Holthus LLP<br>9510 West Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>702-685-0329<br>tbeckom@mccarthyholthus.com<br>*Attorney for*<br>*Guild Mortgage Company* | Michael F. Bohn<br>Law Office of Michael F. Bohn<br>376 East Warm Springs Rd., Ste. #140<br>Las Vegas, NV 89119<br>702-642-3113<br>702 642-9766 (fax)<br>mbohn@bohnlawfirm.com<br>*Attorney for*<br>*Prestwick Court Trust* |

          /s/ Jona L. Lepoma
        an employee of **HOA LAWYERS GROUP**