Edward D. Boyack
Nevada Bar No. 005229
Christopher B. Anthony
Nevada Bar No. 009748
BOYACK OREM & ANTHONY
7432 W. Sahara Avenue, Suite 101
Las Vegas, NV 89117
(702) 562-3415
(702) 562-3570 (fax)
ted@boyacklaw.com
canthony@boyacklaw.com
Attorneys for CANYON CREST MASTERS ASSOCIATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GUILD MORTGAGE COMPANY, a foreign corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PRESTWICK COURT TRUST; type of entity unknown; CANYON CREST MASTER ASSOCIATION, a not for profit corporation; DOES 1 through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants.| 2:15-cv-00258-JCM-VCF<br><br><br><br>**SUBSTITUTION OF COUNSEL** |
| PRESTWICK COURT TRUST,<br><br>Counter-Claimant,<br><br>v.<br><br>GUILD MORTGAGE COMPANY, a foreign corporation,<br><br>Counter-Defendant. | |

## SUBSTITUTION OF COUNSEL

CANYON CREST MASTERS ASSOCIATION hereby appoints Christopher B. Anthony of BOYACK ORME & ANTHONY as its attorney of record in place of the law firm of ALESSI & KOENIG, LLC.

DATED this 24 day of ~~March~~ APRIL, 2017.

CANYON CREST MASTERS ASSOCIATION

By: _____

Its: Sec/Tres

## ACCEPTANCE OF SUBSTITUTION

Christopher B. Anthony of BOYACK ORME & ANTHONY accepts as attorney of record for CANYON CREST MASTERS ASSOCIATION in the above-entitled matter.

DATED this ____ day of March 2017.

BOYACK ORME & ANTHONY

_____
EDWARD D. BOYACK, ESQ.
Nevada Bar. No. 005229
CHRISTOPHER B. ANTHONY, ESQ.
Nevada Bar No. 009748
401 N. Buffalo Drive #202
Las Vegas, Nevada 89145

2

## SUBSTITUTION OF COUNSEL

CANYON CREST MASTERS ASSOCIATION hereby appoints Christopher B. Anthony of BOYACK OREM & ANTHONY as its attorney of record in place of the law firm of ALESSI & KOENIG, LLC.

DATED this ____ day of March, 2017.

CANYON CREST MASTERS ASSOCIATION

By: _____

Its: _____

## ACCEPTANCE OF SUBSTITUTION

Christopher B. Anthony of BOYACK OREM & ANTHONY accepts as attorney of record for CANYON CREST MASTERS ASSOCIATION in the above-entitled matter.

DATED this ____ day of April 2017.

BOYACK ORME & ANTHONY

_____
EDWARD D. BOYACK, ESQ.
Nevada Bar. No. 005229
CHRISTOPHER B. ANTHONY, ESQ.
Nevada Bar No. 009748
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

2

## CONSENT TO SUBSTITUTION

Steven T. Loizzi, Jr. of ALESSI & KOENIG, LLC hereby consents to this substitution of attorney of record for CANYON CREST MASTERS ASSOCIATION in the above-entitled matter.

DATED this 27th day of March, 2017.

ALESSI & KOENIG, LLC

STEVEN T. LOIZZI, JR., ESQ.
Nevada Bar No. 010920
9500 W. Flamingo Road, Suite 205
Las Vegas, NV 89147

APPROVED:

DATED: April 27, 2017

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

3