**McCARTHY & HOLTHUS, LLP**
Kristin A. Schuler-Hintz (NSB# 7171)
khintz@mccarthyholthus.com
Thomas N. Beckom, Esq. (NSB# 12554)
tbeckom@mccarthyholthus.com
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Telephone: (702) 685-0329
Attorneys for Plaintiff

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
9510 WEST SAHARA AVENUE, SUITE 200
LAS VEGAS, NV 89117
TELEPHONE (702) 685-0329/Facsimile (866) 339-5961

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

GUILD MORTGAGE COMPANY, a foreign corporation

Plaintiff,

v.

PRESTWICK COURT TRUST; CANYON CREST MASTER ASSOCIATION; DOES 1 through X and ROE BUSINESS ENTITIES I through x, inclusive

Defendants.

Case No. 2:15-cv-00258-JCM-VCF

**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMARY JUDGMENT**
**(First Request)**

On July 17, 2017; the PRESTWICK COURT TRUST filed a Motion for Summary Judgment [Doc 70] with responses due on August 7, 2017. Prior to this, on July 14, 2017 THE PRESTWICK COURT TRUST, GUILD MORTGAGE COMPANY, and CANYON CREST MASTER ASSOCIATION had agreed to extend the time to brief dispositive motions until September 15, 2017 [Doc 69] however the stipulation had not been ruled on by this court. On August 1, 2017 this Honorable Court issued an order approving the stipulation and extending the dispositive motion deadline until September 15, 2017. In light of the changed circumstances with the timing of dispositive motions in this case, the parties contend this constitutes "good cause" to extend the deadline to respond to Prestwick's Motion for Summary Judgment [Doc 70] as follows:

It is hereby **STIPULATED** that responses to Defendant Prestwick Court Trust's Motion for Summary Judgment [ECF 70] are hereby extended and now due at the agreed upon and court approved dispositive motion deadline of September 15, 2017

DATED this 7th day of August, 2017.

MCCARTHY & HOLTHUS, LLP

/s/ *Thomas N. Beckom, Esq*
Kristin A. Schuler-Hintz, Esq.
Nevada Bar No. 7171
Thomas Beckom, Esq.
Nevada Bar No. 12554
9510 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

*Attorneys for Plaintiffs Guild Mortgage*

DATED this 7th day of August, 2017.

BOYACK ORME & ANTHONY

/s/ *Chris Anthony*
Christ Anthony, Esq
Nevada Bar No. 9748
7432 W. Sahara Ave. Suite 101
Las Vegas, NV 89117

*Attorneys for Defendant Canyon Crest Master*

DATED this 7th day of August, 2017.

LAW OFFICE OF MICHAEL F. BOHN

/s/ *Michael F. Bohn, Esq*
Michael F. Bohn, Esq.
Nevada Bar No. 1641
Adam Trippiedi, Esq
Nevada Bar No. 12294
376 East Warm Springs Road, Suite 140
Las Vegas, NV 89119
*Attorney for Prestwick Court*

**ORDER**

IT IS SO ORDERED:

James C. Mahan
UNITED STATES DISTRICT JUDGE

DATED: August 9, 2017

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
9510 WEST SAHARA AVENUE, SUITE 200
LAS VEGAS, NV 89117
TELEPHONE (702) 685-0329/Facsimile (866) 339-5961